# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 21, 2025

## NO. 03-23-00650-CR

**Jeffrey Shaw, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 483RD DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.